**IT IS SO ORDERED**

Judge Araceli Martínez-Olguín

September 13, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRENDA HORSLEY, et al.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**KAISER FOUNDATION HOSPITALS, INC.; GREG ADAMS; ANDREW BINDMAN, MD; TOMÁS ARAGÓN; and GOVERNOR GAVIN NEWSOM,**<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-CV-05628<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |

　　　Pursuant to the Court's ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS, GRANTING KAISER DEFENDANTS' MOTION TO DISMISS, AND DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND, dated August 26, 2024 (ECF No. 70), this action is DISMISSED, and Judgment is hereby entered in favor of Defendants. Defendants shall be entitled to costs.

　　　Approved as to form by Plaintiffs:

_____
David J. Schexnaydre

Dated: _____
　　　　　　　　　　　　　　　　　　　Clerk of the Court

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other signatories have concurred in the filing of the foregoing document.

Dated: September 13, 2024

*s/ Joshua Sondheimer*
JOSHUA N. SONDHEIMER
Deputy Attorney General

SF2023803664
44318173.docx

[Proposed] Judgment of Dismissal (3:23-CV-05628)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **Horsley, et al. v. Kaiser Foundation Hospitals, et al.** | No. **4:23-CV-5628** |

I hereby certify that on <u>September 13, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- ~~[PROPOSED]~~ JUDGMENT OF DISMISSAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 13, 2024</u>, at San Francisco, California.

| H. Truong | *[signature]* |
|---|---|
| Declarant | Signature |

SF2023803664